IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DAVID W PARKER,

    Plaintiff,

v.                                                            CASE NO. 1:08-cv-00024-MP-AK

ASAP PLUMBING OF GAINESVILLE INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report of Rule 26(f) Planning Meeting. The parties agree to all the deadlines contained therein. Accordingly, the Report is adopted, and the Clerk is directed to set the appropriate dates contained therein.

**DONE AND ORDERED** this  *2nd*  day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge